**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:  0972 2:21CR00171-001 |
| ) | |
| Marlon M. Mancilla ) | |
| ) | |

On January 15, 1999, the above-named was sentenced to Supervised Release for a period of 10 years. Supervision commenced on October 30, 2015.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. The Assistant United States Attorney does on oppose early termination.  It is accordingly recommended that the supervised releasee be discharged from supervision.

| **Respectfully submitted,** | **Reviewed by,** |
|---|---|
| *Miriam E. Olea* | *Ronnie Preap* |
| **Miriam E. Olea** | **Ronnie Preap** |
| United States Probation Officer | Supervising United States Probation Officer |

Dated:   December 13, 2021
         Elk Grove, California
         MO/lr

**Re:    Marlon M Mancilla**
   **Docket Number:  0972 2:21CR00171-001**
   <u>**Report and Order Terminating Supervised Release**</u>
   <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Marlon M Mancilla be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| December 13, 2021 | /s/ John A. Mendez |
| **DATE** | **THE HONORABLE JOHN A. MENDEZ** <br> **UNITED STATES DISTRICT COURT JUDGE** |

Attachment:    Recommendation

cc:    AUSA—James Conolly
      Supervisee—Marlon M Mancilla